EMMA SUGG, by Guardian, Respondent, *v.* JOSEPH M. PROZELLE, Appellant.

Judgment reversed and new trial ordered, costs to abide event. Held, that there was no proof of probable cause.

GEORGE BULLARD, Respondent, *v.* GATES SHERWOOD and others, Appellants.

Order reversed, with $10 costs, and disbursements, and motion granted, striking out the interest included in the judgment. (*Gallup* v. *Perue*, 10 Hun, 525, followed.) Sections 420, 1212 and 1213, Code of Civil Procedure, do not authorize the clerk to compute interest on an unliquidated demand.

ANDREW J. PIERSON, Respondent, *v.* LORA EDWARDS and CORNELIUS EDWARDS, Appellants.

Judgment of County Court reversed, and that of the justice affirmed. Held, that the defendants killed the right dog, and at the right time.

BRIDGET SIMPSON, Respondent, *v.* THE FIRST NATIONAL BANK OF WATERTOWN, Appellant.

Judgment and order reversed, and new trial ordered, costs to abide event.

JAMES FITZGERALD, Appellant, *v.* THE ROME IRON WORKS, Respondent.

Judgment affirmed.

HENRY J. FORWARD and others, Appellants, *v.* THE BANK OF BATAVIA, Respondent.

Order of Special Term affirmed, with $10 costs, and disbursements.

Memorandum by Rumsey, J.

THE BANK OF BATAVIA, Appellant, *v.* HENRY J. FORWARD and others, Respondents.

Order of County Court reversed, with $10 costs, and disbursements. Held, that the information sought for was not needed to enable defendants to set up payment, and not shown to be necessary for any other purpose.